**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Johneise Price-Walker aka Johneise Walker aka Johneise Price aka Johneise S. Price-Walker <br><br> Debtor | CHAPTER 13 <br><br> BKY. NO. 16-12084 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Pennsylvania Housing Finance Agency as Servicer for U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), and index same on the master mailing list.

Re: Loan # Ending In: 7886

                                         Respectfully submitted,

                                         **/s/Joshua I. Goldman, Esquire**
                                         Joshua I. Goldman, Esquire
                                         Thomas Puleo, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 825-6306  FAX (215) 825-6406