# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 16-12084-AMC

JOHNEISE PRICE-WALKER

7404 GEORGIAN RD

PHILADELPHIA, PA 19138-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOHNEISE PRICE-WALKER

7404 GEORGIAN RD

PHILADELPHIA, PA 19138-

Counsel for debtor(s), by electronic notice only.

BRUCE J TRAWICK, ESQ
3001 WALNUT ST
10TH FLOOR
PHILADELPHIA, PA 19104-

Date: 6/15/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee