# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-12084-AMC

JOHNEISE PRICE-WALKER

7404 GEORGIAN RD

PHILADELPHIA, PA 19138-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHNEISE PRICE-WALKER

    7404 GEORGIAN RD

    PHILADELPHIA, PA 19138-

**Counsel for debtor(s), by electronic notice only.**
    BRUCE J TRAWICK, ESQ
    3001 WALNUT ST
    10TH FLOOR
    PHILADELPHIA, PA 19104-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                /s/ William C. Miller

Date: 6/15/2017

                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee