IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JOHNEISE PRICE-WALKER **Debtor(s)** | |
| | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL **Moving Party** v. | Case No.: 16-12084 (AMC) |
| JOHNEISE PRICE-WALKER **Respondent(s)** | |
| WILLIAM C. MILLER **Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Objection To Confirmation, and filed on or about October 9, 2017, in the above matter is APPROVED.

Dated: **October 10, 2017**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE