**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 16-12084 AMC |
| JOHNEISE PRICE-WALKER | CHAPTER 13 |
| (DEBTOR) | |

**PRAECIPE TO WITHDRAW THE RESPONSE TO MOTION FOR RELIEF OF U.S. BANK NATIONAL ASSOCIATION**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the RESPONSE TO U.S. BANK NATIONAL ASSOCIATION MOTION FOR RELIEF FROM STAY , filed on December 19, 2017, Docket Entry 57

Respectfully submitted,

/s/ Bruce Trawick
Bruce Trawick, Esq.
Representing Debtor