## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Johneise Price-Walker aka Johneise Walker aka Johneise Price aka Johneise S. Price-Walker<br>Debtor(s) | CHAPTER 13 |
| U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>Movant<br>vs. | NO. 16-12084 AMC |
| Johneise Price-Walker aka Johneise Walker aka Johneise Price aka Johneise S. Price-Walker<br>Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller<br>Trustee | |

### ORDER

AND NOW, this 24th day of January, 2018, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 7404 Georgian Road, Philadelphia, PA 19138 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

Ashely M. Chan
United States Bankruptcy Judge

Johneise Price-Walker
aka Johneise Walker
aka Johneise Price
aka Johneise S. Price-Walker
7404 Georgian Road
Philadelphia, PA 19138

BRUCE J. TRAWICK, ESQUIRE
DC33 Legal Services Plan
3001 Walnut Street, 10th Floor
District Counsel 33, Legal Services
Philadelphia, PA 19104

William C. Miller
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532