# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-12084-AMC

JOHNEISE PRICE-WALKER

7404 GEORGIAN RD

PHILADELPHIA, PA 19138-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JOHNEISE PRICE-WALKER

    7404 GEORGIAN RD

    PHILADELPHIA, PA 19138-

Counsel for debtor(s), by electronic notice only.

    BRUCE J TRAWICK, ESQ  
    3001 WALNUT ST  
    10TH FLOOR  
    PHILADELPHIA, PA 19104-

                                        /S/ William C. Miller

Date: 4/9/2018                                  _____

                                            William C. Miller, Esquire  
                                            Chapter 13 Standing Trustee