United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-12084-amc
Johneise Price-Walker                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: May 15, 2018
                              Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.
```
db         +Johneise Price-Walker,   7404 Georgian Rd.,   Philadelphia, PA 19138-2224
13707287   +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
             Arlington, TX 76096-3853
13698330   +COMCAST CABLE,   PO BOX 9133,   Needham Heights, MA 02494-9133
13698332   +COVENTRY CAPITAL,   PO BOX 182120,   Columbus, OH 43218-2120
13706632    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
13698329   +Capital One Bank, NA,   PO Box 30285,   Salt Lake City, UT 84130-0285
13698331   +Comenity Bank,   PO Box 182789,   Columbus, OH 43218-2789
13777579    Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
             Kirkland, WA 98083-0657
13926472    Educational Credit Management Corporation,   PO BOX 16408,   ST. PAUL, MN 55116-0408
13698333   +GMC FINANCIAL,   PO BOX 99605,   Arlington, TX 76096-9605
13698336   +MEDICAL HEALTH CARE,   PO BOX 660873,   Dallas, TX 75266-0873
13698335   +MEDICAL HEALTH CARE,   2001 9TH AVE STE 312,   Vero Beach, FL 32960-6413
13698338   +MEDICAL HEALTHCARE,   CENTRAL FINANCE CONTROL,   PO BOX 660873,   Dallas, TX 75266-0873
13698337   +MEDICAL HEALTHCARE,   PO BOX 660873,   Dallas, TX 75266-0873
13698334    Macy's,   911 DUKE BLVD,   Mason, OH 45040
13733429   +Nelnet on behalf of PHEAA,   PA Higher Education Assistance Agency,   PO Box 8147,
             Harrisburg, PA. 17105-8147
13698340   +PHEAA,   1200 North Seventh Street,   Harrisburg, PA 17102-1444
13725823   +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
13698344   +T-MOBILE,   8875 AERO DR, STE 200,   San Diego, CA 92123-2255
13795859   +U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PEN,   PHFA Loan Servicing Division,
             211 North Front Street,   Harrisburg, PA 17101-1466
13698346   +VICTORIA SECRET,   PO BOX 182789,   Columbus, OH 43218-2789
13698347    WELLS FARGO BANK CARD,   Des Moines, IA 50306
13780257    Wells Fargo Bank, N.A.,   P.O. Box 45038 MAC Z3057012,   Jacksonville, FL 322325038
13719620   +Wells Fargo Card Services,   1 Home Campus 3rd Floor,   Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov May 16 2018 01:39:20     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2018 01:39:07
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 16 2018 01:39:15     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13784218    E-mail/Text: bankruptcy@phila.gov May 16 2018 01:39:20     City of Philadelphia,
             Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA 19102-1595
13698339   +E-mail/Text: blegal@phfa.org May 16 2018 01:39:12     Pennsylvania Housing Finance Agency,
             211 North Front Street,   Harrisburg, PA 17101-1406
13743040    E-mail/Text: bnc-quantum@quantum3group.com May 16 2018 01:39:03
             Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
             Kirkland, WA 98083-0788
13698342   +E-mail/PDF: gecsedi@recoverycorp.com May 16 2018 01:40:16     SYNCB AMERICAN EAGLE,
             4125 WINDWARD PLAZA,   Alpharetta, GA 30005-8738
13698343   +E-mail/PDF: gecsedi@recoverycorp.com May 16 2018 01:40:46     SYNCB OLD NAVY,
             4125 WINDWARD PLAZA,   Alpharetta, GA 30005-8738
13778307   +E-mail/Text: bncmail@w-legal.com May 16 2018 01:39:13     TD BANK USA, N.A.,
             C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13698345    E-mail/Text: bankruptcy@td.com May 16 2018 01:39:12     TD Bank,   32 Chestnut Street,
             Lewiston, ME 04240
13733431   +E-mail/Text: electronicbkydocs@nelnet.net May 16 2018 01:39:12     U.S. Department of Education,
             C/O Nelnet,   121 South 13th Street Suite 201,   Lincoln NE 68508-1911
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Educational Credit Management Corporation,   po box 16408
cr          Educational Credit Management Corporation (ECMC),   po box 16408
13698341    SPRINT
13709107*  +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
             Arlington, TX 76096-3853
                                                                                   TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: May 15, 2018
                              Form ID: pdf900             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              BRUCE J. TRAWICK    on behalf of Debtor Johneise    Price-Walker brucejitzi@gmail.com,
               srowe@dc33lsp.org;r56186@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHNEISE PRICE-WALKER                    Chapter 13

                Debtor          Bankruptcy No. 16-12084-AMC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: May 15, 2018**                    _____
                                            Ashely M. Chan
                                            Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRUCE J TRAWICK, ESQ
3001 WALNUT ST
10TH FLOOR
PHILADELPHIA, PA 19104-


Debtor:
JOHNEISE PRICE-WALKER

7404 GEORGIAN RD

PHILADELPHIA, PA 19138-